UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

NACIO SYSTEMS, INC., No. 08-10078

Debtor(s).
_____/

Memorandum re Responsible Individual
_____

  The court's order designating a responsible individual confers no benefits or powers whatsoever on the designated person. It merely identifies that person who may be punished if the corporate debtor fails to comply with applicable laws and rules, and who may be subject to arrest if the debtor fails to appear as ordered.

Dated: April 13, 2009

Alan Jaroslovsky
U.S. Bankruptcy Judge