Daren R. Brinkman (State Bar No. 158698)
Laura J. Portillo (State Bar No. 186813)
BRINKMAN PORTILLO, P.C.
4333 Park Terrace Drive, Suite 205
Westlake Village, CA 91361
Telephone: (818) 597-2992
Facsimile: (818) 597-2998

Counsel for the Official Committee of
Unsecured Creditors of Nacio Systems, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re: | ) Bankruptcy Case No.: 08-10078 AJ |
| | ) |
| **NACIO SYSTEMS, INC.,** | ) Chapter 11 |
| | ) |
| Debtor. | ) **NOTICE OF ENTRY OF ORDER ON** |
| | ) **EMERGENCY EX PARTE MOTION FOR** |
| | ) **ORDER SHORTENING TIME FOR** |
| | ) **HEARING ON MOTION TO APPROVE** |
| | ) **COMPROMISE BETWEEN COMMITTEE** |
| | ) **AND PURCHASER ENCOMPASS** |
| | ) **HOLDINGS, INC.** |
| | ) |
| | ) **Date:  October 9, 2009** |
| | ) **Time: 9:00 a.m.** |
| | ) **Place: 99 South E. Street** |
| | ) **         Santa Rosa, CA.** |
| | ) |

**TO THE UNITED STATES TRUSTEE, THE PARTIES IN INTEREST AND
THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on September 28, 2009 the Order On Emergency Ex Parte
Motion for Order Shortening Time for Hearing on Motion to Approve Compromise Between the
Committee and Purchaser Encompass Holdings, Inc. (hereinafter the "Order") was entered in the
above-captioned bankruptcy case.  A true and correct copy of the entered Order is attached hereto
as Exhibit "A".

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Order, the matter of the Motion for Order Approving Compromise and Settlement Agreement Between the Committee and Purchaser Encompass Holdings, Inc. Pursuant to FRBP 9019; Memorandum of Points and Authorities (the "Motion to Approve Compromise") filed by the Official Committee of Unsecured Creditors of Nacio Systems, Inc. Committee will be heard on October 9, 2009 at 9:00 a.m.  Any opposition to the Committee's Motion to Approve Compromise may be filed and served at any time prior to or at the hearing.

Dated:  September 29, 2009

BRINKMAN PORTILLO, P.C.

By _____/s/ *Laura J. Portillo*_____
Laura J. Portillo
Counsel for the Official Committee of
Unsecured Creditors of Nacio Systems, Inc.

NOTICE OF ENTRY OF ORDER ON EMERGENCY EX PARTE MOTION FOR ORDER SHORTENING TIME FOR HEARING ON MOTION TO APPROVE COMPROMISE BETWEEN COMMITTEE AND PURCHASER ENCOMPASS HOLDINGS, INC.

# EXHIBIT A

1

2

3  Laura Portillo (SBN 186813)
   Daren R. Brinkman (SBN 158698)
4  BRINKMAN PORTILLO, PC
   4333 Park Terrace Dr., Suite 205
5  Westlake Village, CA 91361
   Telephone: (818) 597-2992
6  Facsimile: (818) 597-2998

7

8  Counsel for the Official Committee
   of Unsecured Creditors of Nacio
9  Systems, Inc.

10

11              UNITED STATES BANKRUPTCY COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                    SANTA ROSA DIVISION

14  In re:                              Bankruptcy Case No.: 08-10078 AJ

15  NACIO SYSTEMS, INC.                 Chapter 11

16  Debtor.
                                        **ORDER ON EMERGENCY EX PARTE**
17                                      **MOTION FOR ORDER SHORTENING**
                                        **TIME FOR HEARING ON MOTION TO**
18                                      **APPROVE COMPROMISE BETWEEN**
                                        **COMMITTEE AND PURCHASER**
19                                      **ENCOMPASS HOLDINGS, INC.**

20
                                        Hearing Date and Time:
21
                                        Date: _____
22
                                        Time: _____
23
                                        Place: 99 South E Street
24                                              Santa Rosa, California

25         Having reviewed and considered the EMERGENCY EX PARTE MOTION FOR ORDER

26  SHORTENING TIME FOR HEARING ON MOTION TO APPROVE COMPROMISE

27  BETWEEN COMMITTEE AND PURCHASER ENCOMPASS HOLDINGS, INC.;

28  DECLARATION OF LAURA J. PORTILLO (the "Motion to Shorten Time") filed by the Official

Committee of Unsecured Creditors of Nacio Systems, Inc. (the "Committee") and good cause appearing therefor:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion to Shorten Time is granted and that relief requested by the Committee is hereby granted as follows:

1. The Committee's Motion for Order Approving Compromise and Settlement Agreement Between the Committee and Purchaser Encompass Holdings, Inc. Pursuant to FRBP 9019; Memorandum of Points and Authorities ("Motion to Approve Compromise") is set for hearing on October 9, 2009 at 9:00 am.;

2. Any opposition to the Committee's Motion to Approve Compromise may be filed and served at any time prior to or at the hearing .

3. Notice of this order shall serve as written notice of the hearing date and time for the Committee's Motion to Approve Compromise. The Committee shall immediately serve notice of the date, time and place of the hearing on the parties entitled to notice pursuant to Federal Rule of Bankruptcy Procedure 2002 by facsimile, email or U.S. mail.

Dated: September 27, 2009

Alan Jaroslovsky
U.S. Bankruptcy Judge

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

The undersigned certifies and declares as follows:

I am employed in the City of Westlake Village, and the County of Los Angeles, in the State of California. I am over the age of 18 and not a party to the within action. I am employed by Brinkman Portillo, PC, whose business address is 4333 Park Terrace Drive, Suite 205, Westlake Village, CA 91361.

On **September 29, 2009,** I served the following document described as:

**NOTICE OF ENTRY OF ORDER ON EMERGENCY EX PARTE MOTION FOR ORDER SHORTENING TIME FOR HEARING ON MOTION TO APPROVE COMPROMISE BETWEEN COMMITTEE AND PURCHASER ENCOMPASS HOLDINGS, INC.**

[X] by placing [  ] the original [**X**] a true copy thereof enclosed in sealed envelopes addressed as follows:

**SEE ATTACHED SERVICE LIST**

[X] I deposited such envelope in the U.S. mail drop box at Westlake Village, California. The envelope was mailed with postage thereon fully prepaid.

[X] I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Westlake Village, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit of mailing in affidavit.

[X] **(Federal)** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **September 29, 2009,** at Westlake Village, California.

Marianne Eismann                    _____/s/ Marianne Eismann

**NACIO**
**SERVICE LIST**

ADTS-Alcohol & Drug Testing Svcs.
6025 Labath Ave., Ste 104
Rohnert Park, CA 94928-2046

ARIN
3635 Concordia Pkwy., Ste 200
Chantilly, VA 20151-1125

AT&T
POB 78522
Phoenix, AZ 85062-8522

AT&T Attorney: James Grudus, Esq.
AT&T Inc.
One AT&T Way, Room 3A218
Bedminster, NJ 07921-2694

AT&T Payment Center
c/o SW Credit
5910 W. Plano Pkwy Ste 110
Plano, TX 75093-2201

AKAMAI Technologies
8 Cambridge Center
Cambridge, MA 02142-1413

Accountants Plus
POB 1526
Sonoma, CA 95476-1526

Adesta Badges
3073 Teagarden St.
San Leandro, CA 94577-5750

Automatic Response System
1461 Eastshore Hwy
Berkeley, CA 94710-1321

American Arbitration Association
6795 N. Palm Ave 2nd FL
Fresno, CA 93704-1088

Todd M. Arnold
Levene Neale Bender Rankin & Brill
10250 Constellation Blvd. #1700
Los Angeles, AC 90067-6200

Bank of America
POB 15170
Wilmington, DE 19886-5170

Autotask
26 Tech Valley Dr Ste 2
East Greenbush, NY 12061-4135

Rosaclaire Baisinger
Idell & Seitel LLP
465 California St.
San Francisco, CA 941041804

Best, Best & Krieger
3750 University Ave.
Riverside, CA 92501-3369

**Beyond It, S.A.**
**37 Wierda Ave.**
**Sandton, BRAZIL 2196**

Boerio & Company, CPA
353 Bel Marin Keys Blvd. Suite 1
Novato, CA 94949-5641

AT&T Payment Center
Sacramento, CA 95887-0001

~~Bank of America Visa~~
~~POB 15170~~
~~Wilmington, DE 19886-5170~~

Bell Microproducts, Inc.
File 57266
Los Angeles, CA 90074-7266

Thwate Renewals
487 E. Middlefield Road
Mountain View, CA 94043-4047

Broadwing Communications
c/o Level 3 Communications, LLC
1025 Eldorado Blvd.
Broomfield, CO 80021-8254

Betz Burkart
55 Leveroni Court
Novato, CA 94949-5784

Burkart, Bezabe J.
90 Bayo Vista #6
San Rafael, CA 94901-1616

CA Employment Development Dept.
Bankruptcy Group MIC 92E
POB 826880
Sacramento, CA 94280-0001

CA Franchise Tax Board
Special Procedures
POB 2952
Sacramento, CA 95812-2592

Cain, Adam Thomas
1400 Technology Lane
Petaluma, CA 94954-6916

Joshua Caplan
Donahue, Gallagher and Woods
300 Lakeside Drive, #1900
Oakland, CA 94612-3570

Carey Daly
55 Leveroni Court
Novato, CA 94949-5784

Chapman Zaransky LLP
114 Old Country Road Ste 680
Mineola, NY 11501-4414

Cheryl Golja
777 Gossage Ave.
Petaluma, CA 94952-1938

City Mechanical
24 Alfred Nobel Drive
Hercules, CA 94547-1805

City Mechanical, Inc.
c/o Harrett W. Mannina Jr.
Law Offices of Harrett W. Mannina Jr.
510 N. First St., #110
San Jose, CA 95112-5321

Cohoe, Marilyn E.
1 Village East Court
Petaluma, CA 94954-5845

Coloma Pacific Leasing Corp.
d/b/a GE Capital Pacific Leasing
Attn.: Lisa Boddicker
1010 Thomas Edison Blvd., SW
Cedar Rapids, IA 52404-8247

Comm. Of Virginia DGS Fiscal Svcs
POB 562
Richmond, VA 23218-0562

Compliance Documents, LLC
300 Marcus Blvd.
Deer Park, NY 11729-4500

Condiotti Enterprises, Inc.
c/o Peter L. Simon
POB 878
Santa Rosa, CA 95402-0878

Condiotti Enterprises, Inc.
POB 5260
Santa Rosa, CA 94502-5260

David J. Cook
Cook Collection Attorneys
POB 270
San Francisco, CA 94104-0270

Cooper, Larry J.
c/o Robert Lakowski
520 SW Yamhill St., #600
Portland, OR 97204-1329

Laurel M. Costen
Office of the Assoc.District Counsel
4330 Watt Ave., #470
MS 5357
Sacramento, CA 95821-7012

County of Marin
Tax Collector
3501 Civic Center
San Rafael, CA 94104-4112

County of Marin
c/o Jack F. Govi, Asst. County Counsel
3501 Civic Center
San Rafael, CA 94104-4112

Cruz, Asdrubal
1400 Technology Lane, #214
Petaluma, CA 94954-6918

Patricia A. Cutler
Office of the U.S. Trustee
235 Pine St., Suite 700
San Francisco, CA 94104-2736

Jonathan S. Dabbieri
Sullivan, Hill, Lewin, Rez and Engel
550 West C. St., 16th FL
San Diego, CA 92101-3540

Stiver, Shawn
37 Hector Lane
Novato, CA 94949-6382

Carey F. Daly
3949 Skyfarm Drive
Santa Rosa, CA 95403-0935

Style 'N' Comfort Transportation
105 E. Shiloh Road
Santa Rosa, CA 95403-1254

David Lyons
252 Brookdale Road
Stamford, CT 06903-4115

Vincent J. DeMartini
Law Offices of DeMartini & Walker
175 N. Redwood Dr., #250
San Rafael, CA 94903-1978

Symantec Software
350 Ellis St.
Mountain View, CA 94043-2202

Systat
2372 Walsh Ave., Ste A
Santa Clara, CA 95051-1338

The NIR Grop, LLC; AJW Partners,
LLC; AJW O
1044 Northern Blvd., Suite 302
Roslyn, NY 11576-1589

EMCOR Service/Mass Energy Systems
c/o Jonathan S. Dabbieri
Sullivan, Hill, Lewin, Rez and Engel
550 West C. St., 16th FL
San Diego, CA 92101-3540

Eaton Corporation
c/o Sweet & Walker
6073 Mission St.
Daly City, CA 94104-2007

Eaton Corporation
Eaton Center
Attn.: Global Trade Credit
1111 Superior Ave.
Cleveland OH 44114-2535

Frank Ehret
c/o David J. Cook
Cook Collection Attorneys
POB 270
San Francisco, CA 94104-0270

Employment Development Department

Encompass Holdings, Inc.
1005 Terminal Way
Rena, NV 89502-2120

Encompass Holdings, Inc.
c/o Robert Lakowski
520 SW Yamhill St., #600
Portland, OR 97204-1329

Encompass Holdings, Inc.
c/o Todd M. Arnold
Levene Neale Bender Rankin & Brill
10250 Constellation Blvd. #1700

Michael C. Fallon
Law Offices of Michael C. Fallon
100 E Street, #219
Santa Rosa, CA 95404-4696

Michael C. Fallon
Law Offices of Michael C. Fallon
100 E Street, #219
Santa Rosa, CA 95404-4696

Tran, Chi T.
41 Clay St.
Novato, CA 94949-6651

Federal Express
POB 7221
Pasadena, CA 91109-7321

Fedex Customer Information Service
Attn.: Revenue Recovery/Bankruptcy
3965 Airway Blvd., Module G, 3rd FL
Memphis, TN 38116-5017

Fenwick & West LLP
POB 60000
San Francisco, CA

Fire Safety Supply Co.
468 Yolanda Ave. Ste 201
Santa Rosa, CA 95404-6328

U.S. Attorney
Civil Division
450 Golden Gate Ave.
San Francisco, CA 94102-3661

Franchise Tax Board
POB 942867
Sacramento, CA 94267-0001

Franchise Tax Board
Special Procedures
POB 2592
Sacramento, CA 95812-2952

Frank Ehret
2430 Broadway Street
San Francisco, CA 94115-1112

GE Commercial Finance Business Property
Corp.
c/o Spiwak and Iezza LLP
2660 Townsgate Rd., Ste 530
Westlake Village, CA 91361-5711

General Electric Capital Corp.
201 West Big Beaver Road
Troy, MI 48084-4116

Special Ass't. U.S. Attorney/IRS
4330 Watt Ave., Suite 470, SA-2801
Sacramento, CA 95821-7012

UPS
POB 894820
Los Angeles, CA 90189-4820

General Electric Capital Corp.
10 Riverview Dr.
Danbury, CT 06810-6268

Global Netoptex, Inc.
75 E. Santa Clara St., Ste 800
San Jose, CA 95113-1842

Goidel & Siegel, LLP
Law Offices of Mark Chapman LLC
114 Old Country Road, Ste 680
Mineola, NY 11501-4414

Herbert Gottlieb
c/o Richard J. Idell, Esq.
Idell & Seitel LLP
465 California St., #300
San Francisco, CA 94104-1810

Villella, Fred
2074 La Duela Lane
Carlsbad, CA 92009-9221

Hanson, Bridgett
425 Market St., 26th FL
San Francisco, CA 94105-5401

Clark Heist
55 Leveroni Ct.
Novato, CA 94949-5784

Timothy Hoffman, Trustee
c/o Ray H. Olmstead
POB 15031
Santa Rosa, CA 95402-7031

IPSWITCH, Inc.
10 Maguire Road
Lexington, MA 02421-3110

IRS
Centralized Insolvency Operations
POB 21126
Philadelphia, PA 19114-0326

John A. Vos
Law Offices of John A. Vos
1430 Lincoln Ave.
San Rafael, CA 94901-2021

Intellitrace
448 Ignacio Blvd #222
Novato, CA 94949-9802

Interstate Imaging, Inc.
3053 Rancho Vista Blvd. Ste H-152
Palmdale, CA 93551-4823

**IpMonitor Corporation**
**15 Gamelin Blvd., #500**
**Gatineau, Quebec, CANADA**

Jim Sadler
1941 Ringwood Ave.
San Jose, CA 95131-1721

KMSMB
POB 7775
San Francisco, CA 94120-7775

Kaiser Permanente
File # 73030
POB 6000
San Francisco, CA

Lanham, Randall J.
28562 Oso Pkwy Ste D
Rancho Santa Margarita, CA 992688-
5598

Law Office of Paul J. Steiner
550 California St. Ste 700
San Francisco, CA 94101-1013

W.W. Grainger, Inc.
6073 Mission St.
Daly City, CA 94014-2007

Lawson, Damon R.
405-D Utah Drive
Petaluma, CA 94952-9105

Leslie Handler
382 Running Springs Dr.
Palm Desert, Ca 92211-3240

Sheila Lichtblau
Marin Co. Counsel
3501 Civic Center Dr., # 275
San Rafael, CA 94903-4112

Liteup, Inc.
741 Gilman St.
Berkeley, CA 94710-1332

Long, Travis
6 Laurel Pl
San Rafael, CA 94901-2153

David J. Lyons
c/o David J. Cook
Cook Collection Attorneys
POB 270
San Francisco, CA 94104-0270

Phyllis Lyons
c/o David J. Cook
Cook Collection Attorneys
POB 270
San Francisco, CA 94104-0270

State Board of Equalization
POB 94879
Sacramento, CA 94729-0101

Mains, Russell S.
4 Boulevard Terrace
Novato, CA 94947-3923

Paul E. Manasian
Law Offices of Manasian & Rougeau
400 Montgomery St., #1000
San Francisco, CA 94104-1224

Nacio Investment Group LLC
c/o David J. Cook
Cook Collection Attorneys
POB 270
San Francisco, CA 94104-0270

Steers, Timothy, CPA, LLC
The River Forum
4380 SW Macadam, Ste 210
Portland, OR 97239-6404

Sterling National Bank
500 7th Ave., 11th FL
New York, NY 10018-4502

Network Solutions
POB 1656
Herndon, VA 20172-1656

Mark G. Stingley
Law Offices of Bryan Cave
1200 Main St., #3500
Kansas City, MO 64105-2139

Prestwood Paradox Services
7525 Auburn Blvd. Ste 8
Citrus Hts, CA 95610

PG&E
POB 8329
Stockton, CA 95208-0329

Palaut Management, Inc.
44225 Hazel Canyon Lane
Palm Desert, CA 92260-3014

Pankin, Marc D.
106A Oliva
Novato, CA 94947-2114

Pearson Business Services Inc.
200 Old Tappan Rd.
Old Tappan, NJ 07675-7033

Pearson Education
POB 409479
Atlanta, GA 30384-9479

Peterson Power Systems, Inc.
POB 5258
San Leandro, CA 94577-0610

RagingWire Enterprise Solution, Inc.
Attn: A/R
POB 348060
Sacramento, CA 95384-8060

RedCondor
1300 Valley House Dr. Ste 115
Rohnert Park, CA 94928-4930

Postini Corporation
POB 826195
Philadelphia, PA 19182-6105

Power Battery Company, Inc.
Attn.: M. Davidson
215 Adams St.
Denver, CO 80206-5213

Premier Capital, LLC
c/o David Schechet
Law Office of David Schechet
9901 Ave. of the Stars #1020
Los Angeles, CA 90067-6036

Robinson, Paul X.
1501 Abercrombie Way
Petaluma, CA 94594-1001

SATC Colocation Services, Ltd.
3463 Magic Dr. Ste T2
San Antonio, TX 78229-2988

Safari Micro, Inc.
2111 E. Baseline Road Ste B7
Tempe, AZ 85283

Salesforce.com
POB 5126
Carol Stream, IL 60197-5126

Samson, Abe L.
2531 Kenney Dr.
San Pableo, CA 94806-1511

Peter L.D. Simon
Law Offices of Beyers Costin
200 S. Fourth St., #400
Santa Rosa, CA 95401-8535

Sommers & Schwartz, LLP
500 California St. Ste 700
San Francisco, CA 94104-101

Soo, Anthony W.
4422 Sweetwater Dr.
San Leandro, CA 94578-4911

Spector, Steven M.
Jeffers, Mangel et al., LLP
200 Fourth St., #400
1900 Ave. of the Stars, 7th FL
Los Angeles, CA 90067-4308

Spinitar
16751 Knott Ave.
La Mirada, CA 90638-6013

Sprint
POB 79255
City of Industry, CA 91716-9255

Sprint
POB 930331
Atlanta, GA 31193-0331

Web Trends
Accounts Receivable
851 SW 6th Ave., Ste 600
Portland, OR 97204-1343

WebEx Communications, Inc.
POB 49216
San Jose, CA 95161-9216

J. Scott Webber
6339 Carmel Dr.
Redding, CA 96003-9803

Craig K. Welch
Welch & Olrich
809 Petaluma Blvd. North
Petaluma, CA 94952-2108

Wells Fargo Card Services
POB 30086
Los Angeles, CA 90030-0086

Mikol Westling
55 Leveroni Ct.
Novato, CA 94949

WilTel Communications
Department 182
Denver, CO 80291-0182

WilTel Communications, LLC
c/o Level 3 Communications, LLC
Attn: Kim Bartlett, 23-103
1025 Eldorado Blvd.
Broomfield, CO 80021-8869

Wilson Associates
2001 Union St. Ste 440
San Francisco, CA 94123-4109

Katherine Windler
Bryan Cave
120 Broadway, #300
Santa Monica CA 90401-2386

Winn & Alexander, LLP
820 Bay Ave. Ste 109
Capitola, CA 95010-2166