**Entered on Docket**
**April 16, 2010**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed: April 15, 2010

_____
ALAN JAROSLOVSKY
U.S. Bankruptcy Judge

VINCENT J. DeMARTINI, SB # 70621
BARRETT R.P. SCHAEFER, SB # 212133
DeMARTINI & WALKER LLP
175 North Redwood Drive, Suite 250
San Rafael, CA 94903
Telephone: (415) 472-7880
Facsimile: (415) 472-7950

Attorneys for Applicant
DeMARTINI & WALKER LLP

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>Nacio Systems, Inc.<br><br>Debtor. | Case No. 08-10078<br><br>Chapter 7<br><br>**ORDER AUTHORIZING RETENTION AND EMPLOYMENT OF DeMARTINI & WALKER LLP AS ATTORNEY FOR THE DEBTOR,** *NUNC PRO TUNC* **TO AUGUST 22, 2008**<br><br>Date: April 8, 2010<br>Time: 10:00 a.m.<br>Judge Alan Jaroslovsky |

Upon the application (the "Application") of the Law Offices of DeMartini & Walker LLP, as attorneys for the debtor and debtor-in-possession in the above-captioned case (the "Applicant"), pursuant to sections 327(a), 328(a), and 330 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") (i) authorizing the Debtor to retain and employ DeMartini & Walker LLP as attorneys to the Debtor, (ii) approving the terms and conditions of the Legal Representation Agreement (the "Legal Representation Agreement") and (iii) granting related relief; and upon the Declarations of Carey Daly and Vincent J. DeMartini in support of the Applicants

1

*Nunc Pro Tunc* Order Authorizing Retention and Employment of DeMartini & Walker LLP

Application for Entry of an Order under 11 U.S.C. §§ 327, 328 and 330 Authorizing Retention and Employment of DeMartini & Walker LLP as attorneys for the Debtor; and the testimony offered at the hearing of Paul Steiner in support of the Application; and that the employment of DeMartini & Walker LLP would be in the best interests of the Debtor, its creditors and estate; and the Court being satisfied that the terms of compensation being sought by DeMartini & Walker LLP as described in the Legal Representation Agreement attached to the Declaration of Vincent J. DeMartini as Exhibit "A", are reasonable; and after due deliberation and sufficient cause appearing thereof,

IT IS HEREBY ORDERED, that the Debtor is authorized, *nunc pro tunc*, to August 22, 2008, to employ and retain DeMartini & Walker LLP on the terms set forth in the Legal Representation Agreement provided that such employment shall be limited to representation of the Debtor-in-Possession in the ongoing litigation consisting of Nacio Systems, Inc. v. Condiotti Enterprises, Inc., Marin County Superior Court, Case No. CIV 090028, and Condiotti Enterprises, Inc. v. Nacio Systems, Inc., Marin County Superior Court, Case No. CV 042329 and the related appeal in the Court of Appeals, Northern District of California, Case No. A124080.

IT IS FURTHER ORDERED, that all compensation and reimbursement of expenses to be paid to DeMartini & Walker LLP shall be subject to approval of this Court in accordance with the requirements under §§ 330 and 331 of the Bankruptcy Code and any order of this Court which establishes procedures for compensation and reimbursement of expenses;

IT IS FURTHER ORDERED, that the United States Trustee retains all rights to object to DeMartini & Walker LLP interim and final fee applications (including expense reimbursement) on all grounds including but not limited to the reasonableness standard provided for in Section 330 of the Bankruptcy Code.

IT IS SO ORDERED.

**END OF ORDER**

2

*Nunc Pro Tunc* Order Authorizing Retention and Employment of DeMartini & Walker LLP
Case: 08-10078   Doc# 390   Filed: 04/15/10   Entered: 04/16/10 15:59:28   Page 2 of 2